DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| 184P12 | Best Cartage, Inc. v. Stonewall Packaging, LLC, and Jackson Paper Manufacturing Company and GGG, Inc. d/b/a Grisanti, Galef and Goldress as Receiver for Stonewall Packaging, LLC, Intervenor | 1. Def's (Jackson Paper Manufacturing Company) PDR Under N.C.G.S. § 7A-31 (COA11-1153)<br><br>2. Def's (Jackson Paper Manufacturing Company) Motion for Admission of Gregory S. Brow *Pro Hac Vice*<br><br>3. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br><br>2. Allowed<br><br><br><br>3. Dismissed as Moot |
|---|---|---|---|
| 190P07-2 | Janse Eliot Cooke v. Bryan K. Wells | 1. Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>2. Petitioner's *Pro Se* Motion for Appointment of Counsel | 1. Denied **01/11/13**<br><br>2. Dismissed as Moot **01/11/13** |
| 190P12 | State v. Darien Fisher | 1. Def's NOA Based Upon a Constitutional Question (COA11-980)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br><br>2. Denied<br><br>3. Allowed |
| 195PA11-2 | State v. Samuel Kris Hunt | 1. State's Petition for *Writ of Supersedeas*<br><br>2. State's Motion for Temporary Stay<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1.<br><br>2. Allowed **08/03/12**<br><br>3. |
| 201PA12 | Margaret Dickson, et al. v. Robert Rucho, et al.<br>———<br>N.C. State Conference of Branches of the NAACP, et al. v. State of N.C., et al. | 1. Legislative Defendants' Motion that the Court Take Judicial Notice of Public Records<br><br>2. Legislative Defendants' Motion in the Alternative to Supplement the Record on Appeal | 1. Dismissed as Moot<br><br>2. Allowed<br><br><br>**Beasley, J., Did Not Participate** |
| 201PA12 | Margaret Dickson, et al. v. Robert Rucho, et al.<br>———<br>N.C. State Conference of Branches of the NAACP, et al. v. State of N.C., et al. | 1. Plts' Motion for Recusal of Justice Paul Newby<br><br>2. Defs' Motion to Amend Response to Motion for Recusal of Justice Paul Newby | 1. Denied **12/17/12**<br><br>2. Allowed **12/17/12** |